IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE L. WALLACE, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security Administration, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:05cv00893 GSA <br><br> ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD <br><br> (Document 20) |

On December 6, 2007, Marc V. Kalagian and the Law Office of Rohlfing & Kalagian, as the attorneys of record for Plaintiff Stephanie Wallace, filed a motion for an order relieving them as attorneys of record in this matter pursuant to Local Rule 83-182(d).  (Document 20.)  Plaintiff's attorneys of record explained that after extensive review of the administrative record, they informed Plaintiff in writing that they could not pursue the case further on her behalf.  Declaration of Marc V. Kalagian, ¶ 3.  They further informed Plaintiff that if she disagreed with her counsel's opinion, then she could sign a substitution of attorneys and seek other counsel.  Declaration of Marc V. Kalagian, ¶ 3.  As of the date of the motion for withdrawal, Plaintiff had not advised her current counsel of the retention of alternate counsel or authorized the dismissal of this action with or without prejudice.  Declaration of Marc V. Kalagian, ¶ 4.

Plaintiff's attorneys of record further explained that Marc V. Kalagian formed the opinion

1

that he could not pursue this matter on behalf of Plaintiff and that pursuit of this action could subject Plaintiff and counsel to sanctions under Rule 11.  Declaration of Marc V. Kalagian, ¶ 5.  However, to avoid prejudice to Plaintiff, her attorneys of record requested that Plaintiff be given the opportunity to retain other counsel on her behalf who may have a different view of the case.  Memorandum of Points and Authorities, p. 4.

Plaintiff Stephanie Wallace has not filed any response or objections to the Motion to Withdraw as Attorney of Record.  Additionally, the Commissioner of Social Security has not submitted a response to the motion.

Based on the foregoing, along with the Motion to Withdraw as Attorney of Record, the Memorandum of Points and Authorities and the Declaration of Marc V. Kalagian, and good cause appearing, the Court hereby GRANTS the Motion to Withdraw as Attorney of Record.  The Clerk of the Court is directed to substitute, for her attorneys of record, Plaintiff Stephanie Wallace pro se at her last known address: Post Office Box 82493, Bakersfield, CA 93380.

It is further ORDERED *sue sponte* that Plaintiff Stephanie Wallace is granted an additional 45 days from the date of this order to retain alternate counsel and to prepare her opening brief in this matter.

IT IS SO ORDERED.

Dated:   **December 27, 2007**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE

2