# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE L. WALLACE, | Case No. 1:05-cv-0893 TAG |
| Plaintiff, | *SUA SPONTE* ORDER DIRECTING PLAINTIFF TO FILE OPENING BRIEF ON OR BEFORE FEBRUARY 11, 2008 |
| v. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security Administration, | |
| Defendant. | |

Plaintiff, Stephanie L. Wallace ("Plaintiff"), through counsel, filed a complaint seeking review of a final administrative decision denying her application for Social Security disability insurance benefits and supplemental security income under Titles II and XVI, respectively, of the Social Security Act. (Doc. 1). The parties have consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c), and the case has been assigned to the Magistrate Judge to conduct all further proceedings, including the entry of final judgment. (Doc. 19).

On December 6, 2007, Plaintiff's attorneys moved to withdraw as her attorneys of record, which the Honorable Judge Gary S. Austin, United States Magistrate Judge, granted on December 27, 2007. (Docs. 20, 22). Judge Austin also allowed Plaintiff an additional forty-five (45) days from the date of the order – until February 11, 2008 – to retain new counsel and to prepare her opening brief. (Id., 2:14-16). On January 9, 2008, this matter was reassigned to the undersigned Magistrate Judge. (Docket Entry

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

23).   In the December 27, 2007 order, Plaintiff was ordered to prepare her opening brief in this Court on or before February 11, 2008.  (Doc. 22).  This Court's Local Rule 11-110 provides for sanctions, including dismissal of an action, if a party fails to comply with a Court order.

**Plaintiff is advised that if she fails to file her opening on or before February 11, 2008, this action will be dismissed for failure to comply with this Court's December 27, 2007 Order and the instant Order.  Local Rule 11-110.**

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff is DIRECTED to file her opening brief on or before February 11, 2008; and

2. Plaintiff is FOREWARNED that failure to timely file her opening brief will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **January 24, 2008**                                        /s/ Theresa A. Goldner
                                                                                       UNITED STATES MAGISTRATE JUDGE

2