# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE L WALLACE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 05-cv-0893 TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDERS AND TO PROSECUTE<br>(Docs. 11, 22, 24) |

　　　　On July 11, 2005, Plaintiff, Stephanie L. Wallace ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying her application for Social Security disability insurance benefits and supplement security income under Titles II and XVI of the Social Security Act. (Doc. 1). On April 11, 2007, the Court issued a Scheduling Order. (Doc. 11). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Scheduling Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. (Id.).

　　　　On September 12, 2007, Defendant lodged the administrative record. (Doc. 16). Pursuant to the Scheduling Order, Plaintiff was required to file her opening brief on or before December 17,

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

2007. (Doc. 11).

On December 28, 2007, the Court granted a motion to withdraw as attorneys of record brought by Plaintiff's attorneys, and, sua sponte, granted Plaintiff an additional 45 days – until February 11, 2008 – to retain new counsel and prepare her opening brief. (Docs. 20, 22). On January 25, 2008, the Court issued a sua sponte order directing Plaintiff to file her opening brief on or before February 11, 2008. (See dkt entry dated January 9, 2008; Doc. 24). In the January 25, 2008 order, Plaintiff was warned that failure to timely file her opening brief would result in dismissal of her action. (Doc. 24). To date, Plaintiff has not filed her opening brief. (See dkt sheet).

Accordingly, the Court ORDERS Plaintiff, no later than February 28, 2008, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's failure to file an opening brief and to comply with the Court's scheduling order.

**Plaintiff is admonished that failure to timely comply with this order will result in a dismissal of this action.**

IT IS SO ORDERED.

Dated:  **February 12, 2008**                    /s/ Theresa A. Goldner
                                                 UNITED STATES MAGISTRATE JUDGE